[No. 49726-0-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA JEAN LORENZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10880-6, Paris K. Kallas, J., entered December 13, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Ellington and Appelwick, JJ.

[Nos. 49761-8-I; 50662-5-I.   Division One.   April 28, 2003.]

PETER D. PATHE, ET AL., *Respondents*, v. RALPH K. ZECH, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 00-2-10243-7, Sharon S. Armstrong, J., entered December 5, 2001 and June 17, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Kennedy, J.

[No. 49771-5-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTOLIN DEGUIA VALDEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01764-5, Anita L. Farris, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 49838-0-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY A. POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02727-8, Jay V. White, J., entered August 23, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Kennedy, J.